<div style="display:flex">

<div>
1
2
3
4
5
6
7
8
9
</div>

<div>
KAMALA D. HARRIS
Attorney General of California
ROBERT W. BYRNE
TRACY L. WINSOR
Supervising Deputy Attorneys General
RUSSELL B. HILDRETH (SBN 166167)
MARC N. MELNICK (SBN 168187)
Deputy Attorneys General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 622-2133
 Fax:  (510) 622-2270
 E-mail:  Marc.Melnick@doj.ca.gov
        Russell.Hildreth@doj.ca.gov
*Attorneys for Defendants Charlton H. Bonham and Stafford Lehr*
</div>
</div>

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **FELICE PACE; WILDERNESS WATCH,**<br><br>Plaintiffs,<br><br>v.<br><br>**CHARLTON H. BONHAM; STAFFORD LEHR,**<br><br>Defendants. | Case No. C-12-5610-SI-NJV<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Courtroom: 10<br>Judge: Honorable S. Illston<br>Trial Date: None Set<br>Action Filed: November 1, 2012 |

    Plaintiffs Felice Pace and Wilderness Watch and Defendants Charlton H. Bonham and Stafford Lehr hereby stipulate to and respectfully request that the Court continue the Case Management Conference currently set for February 8, 2013, at 2:30 p.m., for approximately ninety (90) days, for the following reasons.

    Defendants' time to respond to the amended complaint runs on January 28, 2013. Defendants intend to file a motion to dismiss. The parties agree that the issues in this case are largely, if not exclusively, issues of law, which can be decided on that motion to dismiss. If the

1.

Court grants the motion to dismiss, this case will be completed. If the Court denies the motion, its determination will likely assist the parties in focusing this litigation. The parties also seek to avoid the time, effort, and expense of preparing a joint case management statement, attending the case management conference, and providing initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1).

On January 17, 2013, the parties submitted their Notice of Need for ADR Phone Conference, requesting an Early Settlement Conference with a Magistrate Judge. The parties are willing to continue on that process, as the Court wishes.

Therefore, Plaintiffs Felice Pace and Wilderness Watch and Defendants Charlton H. Bonham and Stafford Lehr hereby stipulate to continue the Case Management Conference currently set for February 8, 2013, at 2:30 p.m., until May 10, 2013, or another date in early May 2013 that is convenient for the Court.

Dated: January 28, 2013                                       Respectfully submitted,

*/s/ Julia A. Olson*

JULIA A. OLSON
*Attorney for Plaintiffs Felice Pace and Wilderness Watch*

Dated: January 28, 2013

KAMALA D. HARRIS
Attorney General of California
ROBERT W. BYRNE
TRACY L. WINSOR
Supervising Deputy Attorneys General
RUSSELL B. HILDRETH
Deputy Attorney General

/s/ Marc N. Melnick

MARC N. MELNICK
Deputy Attorney General
*Attorneys for Defendants Charlton H. Bonham and Stafford Lehr*

1   PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Case Management
2   Conference is continued from February 8, 2013, at 2:30 p.m., to May 10, 2013, at 2:30 p.m.
3   DATED:   1/28/13

4   _____
    SUSAN ILLSTON
5   United States District Judge

6   OK2011202302
    90287236.doc

3.