1  KAMALA D. HARRIS
   Attorney General of California
2  ROBERT W. BYRNE
   TRACY L. WINSOR
3  Supervising Deputy Attorneys General
   RUSSELL B. HILDRETH (SBN 166167)
4  MARC N. MELNICK (SBN 168187)
   Deputy Attorneys General
5   1515 Clay Street, 20th Floor
    P.O. Box 70550
6   Oakland, CA  94612-0550
    Telephone:  (510) 622-2133
7   Fax:  (510) 622-2270
    E-mail:  Marc.Melnick@doj.ca.gov
8            Russell.Hildreth@doj.ca.gov
   *Attorneys for Defendants Charlton H. Bonham and*
9  *Stafford Lehr*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **FELICE PACE; WILDERNESS WATCH,**<br><br>Plaintiffs,<br><br>v.<br><br>**CHARLTON H. BONHAM; STAFFORD LEHR,**<br><br>Defendants. | Case No. C-12-5610-SI-NJV<br><br>**STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶]**<br>**ORDER CONTINUING CASE**<br>**MANAGEMENT CONFERENCE**<br><br>Courtroom:   10<br>Judge:        Honorable S. Illston<br>Trial Date:   None Set<br>Action Filed: November 1, 2012 |

Plaintiffs Felice Pace and Wilderness Watch and Defendants Charlton H. Bonham and Stafford Lehr hereby stipulate to and respectfully request that the Court continue the Case Management Conference currently set for February 8, 2013, at 2:30 p.m., for approximately ninety (90) days, for the following reasons.

Defendants' time to respond to the amended complaint runs on January 28, 2013. Defendants intend to file a motion to dismiss. The parties agree that the issues in this case are largely, if not exclusively, issues of law, which can be decided on that motion to dismiss. If the

1.

Court grants the motion to dismiss, this case will be completed. If the Court denies the motion, its determination will likely assist the parties in focusing this litigation. The parties also seek to avoid the time, effort, and expense of preparing a joint case management statement, attending the case management conference, and providing initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1).

On January 17, 2013, the parties submitted their Notice of Need for ADR Phone Conference, requesting an Early Settlement Conference with a Magistrate Judge. The parties are willing to continue on that process, as the Court wishes.

Therefore, Plaintiffs Felice Pace and Wilderness Watch and Defendants Charlton H. Bonham and Stafford Lehr hereby stipulate to continue the Case Management Conference currently set for February 8, 2013, at 2:30 p.m., until May 10, 2013, or another date in early May 2013 that is convenient for the Court.

Dated:  January 28, 2013                                   Respectfully submitted,

                                                           */s/ Julia A. Olson*

                                                           JULIA A. OLSON
                                                           *Attorney for Plaintiffs Felice Pace and Wilderness Watch*

Dated:  January 28, 2013                                   KAMALA D. HARRIS
                                                           Attorney General of California
                                                           ROBERT W. BYRNE
                                                           TRACY L. WINSOR
                                                           Supervising Deputy Attorneys General
                                                           RUSSELL B. HILDRETH
                                                           Deputy Attorney General


                                                           /s/ Marc N. Melnick

                                                           MARC N. MELNICK
                                                           Deputy Attorney General
                                                           *Attorneys for Defendants Charlton H. Bonham and Stafford Lehr*

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED. The Case Management
Conference is continued from February 8, 2013, at 2:30 p.m., to May __10__, 2013, at 2:30 p.m.

DATED: 1/28/13

_____
SUSAN ILLSTON
United States District Judge

OK2011202302
90287236.doc

3.