1  Julia A. Olson (Cal. State Bar 192642)
   Wild Earth Advocates
2  2985 Adams Street
   Eugene, Oregon 97405
3  jaoearth@aol.com
4  Tel: 541-344-7061
   Fax: 541-344-7066
5
6
7
8            IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                   SAN FRANCISCO DIVISION
10
11 FELICE PACE, WILDERNESS WATCH,    )    No. C-12-5610-SI
                                     )
12         Plaintiffs,                )    **PARTIES' STIPULATION AND**
                                     )    [~~PROPOSED~~] **ORDER TO**
13         vs.                        )    **CHANGE HEARING DATE**
                                     )
14                                   )
   CHARLTON H. BONHAM, STAFFORD LEHR, )
15                                   )
           Defendants.                )
16                                   )
                                     )
17
18
19
20
21
22
23
24
25
26
27
28

Parties' Stipulation and [Proposed] Order to Change Hearing Date, No. C-12-5610-SI

1  Plaintiffs Felice Pace et al. and Defendants Charlton Bonham et al. hereby stipulate to and
2  respectfully request that the Court enter an order changing the date for oral argument on Defendants'
3  motion to dismiss from Friday, March 8, 2013, at 9 a.m., to Friday, March 15, 2013 at 9 a.m.  The
4  parties make this stipulation because counsel for Plaintiffs has an irreconcilable professional conflict
5  with the original scheduled hearing date.

7  Date:  March 5, 2013.                    Respectfully submitted,

8                                           /s/ Julia A. Olson
9                                           Julia A. Olson (SBN 192642)
                                             Attorney for Plaintiffs

11 Date: March 5, 2013.
12                                           Marc N. Melnick (SBN 168187)
                                             Attorney for Defendants

14 Pursuant to the stipulation of the parties, it is SO ORDERED.

16 Date: March 6, 2013.
17                                           SUSAN ILLSTON
18                                           United States District Judge

Parties' Stipulation and [Proposed] Order to Change Hearing Date, No. C-12-5610-SI