IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENVIRONMENTAL PROTECTION INFORMATION CENTER, | No. C-13-0656 MMC |
| Plaintiff | **ORDER OF REFERRAL** |
| v. | |
| JERRY AYERS, et al., | |
| Defendants. / | |

The above-titled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to the Honorable Susan Illston for consideration of whether the case is related to Pace v. Bonham, 12-5610 SI. (See Notice of Pendency of Other Action or Proceeding, filed March 13, 2013, in Case No. 13-0656.)

**IT IS SO ORDERED.**

Dated: March 15, 2013

MAXINE M. CHESNEY
United States District Judge