Julia A. Olson (SBN 192642)
Wild Earth Advocates
2985 Adams Street
Eugene, Oregon 97405
jaoearth@aol.com
Tel: 541-344-7061
Fax: 541-344-7066

Michael R. Lozeau (SBN 142893)
Lozeau Drury LLP
410 12th Street., Suite 250
Oakland, California 94607
Tel: 510-836-4200
Fax: 510-836-4205
michael@lozeaudrury.com

Peter M.K. Frost, *pro hac vice*
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon 97401
Tel: 541-359-3238
Fax: 541-485-2458
frost@westernlaw.org

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| FELICE PACE, WILDERNESS WATCH, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> CHARLTON H. BONHAM, STAFFORD LEHR, ) <br> ) <br> Defendants. ) | No. C-12-5610-SI <br><br> **PARTIES' STIPULATION AND [PROPOSED] ORDER TO RE-SCHEDULE CASE MANAGEMENT CONFERENCE** |

Plaintiffs Felice Pace et al. and Defendants Charlton E. Bonham et al. hereby stipulate to and respectfully request that the Court re-schedule the case management conference in this case from Friday, May 10, 2013, to a Friday at least 45 days after the Court rules on Defendants' pending motion to dismiss and Plaintiffs' pending motion to amend the pleading. From the parties' perspective, it makes sense to have any case management conference follow the court's ruling on the pending motions.

Dated: April 25, 2013.                 Respectfully submitted,

/s/ Julia A. Olson
Julia A. Olson, SBN 192642
Attorney for Plaintiffs

April 29, 2013

Russell B. Hildreth, SBN 166167
Attorney for Defendants

Pursuant to the stipulation of the parties, IT IS SO ORDERED. The case management conference is re-scheduled from May 10, 2013, to _____6/28/13_____, 2013 @ 2:30 p.m.

Date: April___, 2013.
5/2/13

Susan Illston
UNITED STATES DISTRICT JUDGE