KAMALA D. HARRIS
Attorney General of California
ROBERT W. BYRNE
Senior Assistant Attorney General
TRACY L. WINSOR
Supervising Deputy Attorney General
RUSSELL B. HILDRETH (SBN 166167)
MARC N. MELNICK (SBN 168187)
Deputy Attorneys General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 622-2133
 Fax:  (510) 622-2270
 E-mail:  Marc.Melnick@doj.ca.gov
          Russell.Hildreth@doj.ca.gov
*Attorneys for Defendants Charlton H. Bonham and Stafford Lehr*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **FELICE PACE; WILDERNESS WATCH,**<br><br>Plaintiffs,<br><br>v.<br><br>**CHARLTON H. BONHAM; STAFFORD LEHR,**<br><br>Defendants. | Case No. C-12-5610-SI-NJV<br><br>**STIPULATION AND [PROPOSED] ORDER RE-SETTING MOTION AND CASE MANAGEMENT CONFERENCE DATES AND ASSIGNING ADR**<br><br>Courtroom: 10<br>Judge: Honorable S. Illston<br>Trial Date: None Set<br>Action Filed: November 1, 2012 |

Plaintiffs Felice Pace and Wilderness Watch and defendants Charlton H. Bonham and Stafford Lehr hereby stipulate, for the following reasons, to:  (1) re-set the dates for briefs on the currently pending motion to dismiss; (2) continue the Case Management Conference currently set for June 28, 2013, 2013, at 2:30 p.m., for approximately sixty (60) days; and (3) have the Court refer this case to a Magistrate Judge for a settlement conference to be held within the next sixty (60) to ninety (90) days.

1.

1    Plaintiffs filed a second amended complaint on May 1, 2013.  Defendants have filed a
2 motion to dismiss or strike portions of that second amended complaint, and that motion is set for
3 hearing on June 28, 2013.  An initial case management conference is also set for June 28, 2013.
4    Plaintiffs' counsel seeks more time to respond to the motion to dismiss or strike.
5    The parties agree that the Court's determination of the motion to dismiss or strike will
6 likely assist the parties in planning future steps in this litigation.  Until that time, there is
7 uncertainty about the scope of this litigation.  The parties also seek to avoid the time, effort, and
8 expense of preparing a joint case management statement, attending the case management
9 conference, and providing initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1).
10    On January 17, 2013, the parties submitted their Notice of Need for ADR Phone
11 Conference, requesting an Early Settlement Conference with a Magistrate Judge.  The parties had
12 a phone conference with Mr. Daniel G. Bowling on February 4, 2013.  The parties were in
13 agreement, and Mr. Bowling concurred, that the case was appropriate for a settlement conference
14 with a Magistrate Judge.  Counsel wish to have a Magistrate Judge's assistance in attempting to
15 reach a resolution of this case shortly after a ruling on the motion to dismiss or strike and before
16 significant effort is expended.
17    Therefore, plaintiffs Felice Pace and Wilderness Watch and defendants Charlton H.
18 Bonham and Stafford Lehr hereby stipulate that:
19    1.   The time for Plaintiffs to file any opposition to the currently pending motion to
20         dismiss shall be extended from May 24, 2013, to May 31, 2013;
21    2.   The time for Defendants to file any reply on the currently pending motion to dismiss
22         shall be extended from May 31, 2013, to June 14, 2013;
23    3.   The hearing on the currently pending motion to dismiss shall remain on calendar for
24         June 28, 2013, at 9:00 a.m.;
25    4.   The currently pending initial case management conference shall be continued from
26         June 28, 2013, at 2:30 p.m., to August 30, 2013, at 2:30 p.m., or a date in September
27         2013 that is convenient for the Court, with all associated deadlines re-set for that date;
28         and

5. The parties request that the Court refer this case to a Magistrate Judge for a settlement conference, to be held in July or August 2013 (except for between July 22, 2013, and August 2, 2013, due to counsel's summer vacation).

Respectfully submitted,

Dated: May 23, 2013         WILD EARTH ADVOCATES

/s/ Peter M.K. Frost

PETER M.K. FROST, *pro hac vice*
*Attorneys for Plaintiffs Felice Pace and Wilderness Watch*

Dated: May 23, 2013         KAMALA D. HARRIS
Attorney General of California
ROBERT W. BYRNE
Senior Assistant Attorney General
TRACY L. WINSOR
Supervising Deputy Attorney General
RUSSELL B. HILDRETH
Deputy Attorney General

/s/ Marc N. Melnick

MARC N. MELNICK
Deputy Attorney General
*Attorneys for Defendants Charlton H. Bonham and Stafford Lehr*

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Case Management Conference is continued from June 28, 2013, at 2:30 p.m., to __August 30__, 2013, at 2:30 p.m. The case is referred to Magistrate Judge __Laporte__ for a settlement conference, and the parties are directed to contact his/her chambers to schedule a date.

DATED: 05/23/2013

_____
SUSAN ILLSTON
U.S. District Judge

OK2011202302
90320218.doc

3.

STIP. & [PROP.] ORDER CONTINUING DATES AND SETTING ADR (No. C-12-5610-SI-NJV)