United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICE PACE, WILDERNESS WATCH, | No. C 12-05610 SI |
| Plaintiffs, | **ORDER GRANTING CONTINUANCE** |
| v. | |
| CHARLTON H. BONHAM, STAFFORD LEHR, | |
| Defendants. / | |

On June 1, 2013, plaintiffs' filed their opposition to defendants' motion to dismiss, although the deadline for the opposition was May 31, 2013. Therefore, plaintiffs also filed a motion requesting that the Court grant them leave to file the opposition one day late. Plaintiffs cited significant family circumstances as the cause for the delay.

The Courts GRANTS plaintiff's motion for an extension of time. This resolves Docket No. 48.

**IT IS SO ORDERED.**

Dated: June 12, 2013

SUSAN ILLSTON
United States District Judge