KAMALA D. HARRIS
Attorney General of California
ANNADEL A. ALMENDRAS
TRACY L. WINSOR
Supervising Deputy Attorneys General
RUSSELL B. HILDRETH (SBN 166167)
MARC N. MELNICK (SBN 168187)
Deputy Attorneys General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 622-2133
 Fax:  (510) 622-2270
 E-mail:  Marc.Melnick@doj.ca.gov
            Russell.Hildreth@doj.ca.gov
*Attorneys for Defendants Charlton H. Bonham and Stafford Lehr*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **FELICE PACE; WILDERNESS WATCH,**<br><br>　　　　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>**CHARLTON H. BONHAM; STAFFORD LEHR,**<br><br>　　　　　　　　　　　　　　Defendants. | Case No. C-12-5610-WHO-NJV<br><br>**STIPULATION AND ORDER RESOLVING PENDING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**<br><br>Dept:　　　2<br>Judge:　　　Honorable W.H. Orrick<br>Trial Date:　None Set<br>Action Filed:  November 1, 2012 |

On October 25, 2013, Plaintiffs Felice Pace and Wilderness Watch filed a Motion for Leave to File a Motion for Reconsideration of the Court's September 30, 2013, Order Granting Motion to Strike. The Court's Order Granting Motion to Strike resolved defendants Charlton H. Bonham and Stafford Lehr's Motion to Dismiss or Strike Portions of Second Amended Complaint (filed May 10, 2013). Defendants oppose Plaintiffs' pending motion.

In order to resolve Plaintiffs' pending motion, resolve this case in an efficient manner, and facilitate decision and review of the substantive issue decided by the Court's Order Granting Motion to Strike, the parties agree to the following:

1. Plaintiffs' pending Motion for Leave to File a Motion for Reconsideration should be granted, Plaintiffs' pending Motion for Leave to File a Motion for Reconsideration should be treated as a motion for reconsideration, and reconsideration should be granted on the procedural question of whether a motion to strike should have been granted.

2. Any allegations about dead fish are removed from this case, and specifically the sentence "Mortality rates from the aerial stocking of fish often approach 50%, as a result of transport, the drop, or because these stocked fish do not feed or survive well after stocking." found in paragraph 10 at lines 4 to 5 of page 4 is stricken from the Second Amended Complaint.

3. Reconsideration granted, Defendants' Motion to Dismiss or Strike Portions of Second Amended Complaint will be pending before the Court. That motion shall be treated as a motion under Rule 12(b)(6) to dismiss all the allegations in the Second Amended Complaint (as modified by agreement of the parties in paragraph 2 above). The parties respectfully request that the Court rule on that motion based on the papers already filed, although they will submit additional briefing and/or appear at a hearing if the Court requests.

4. While Plaintiffs do not agree with the Court's substantive ruling in its Order Granting Motion to Strike (and preserve their right to challenge that ruling), the parties understand that that substantive ruling applied to a pending motion to dismiss would likely mean the Court would grant Defendants' motion to dismiss the Second Amended Complaint.

///

///

5. Given these stipulations, and to efficiently and effectively resolve this case and place it in a posture for appeal, the parties respectfully request that the Court enter the following order.

IT IS SO STIPULATED.

Dated: October 29, 2013                                         Respectfully Submitted,

WESTERN ENVIRONMENTAL LAW CENTER

/s/ Peter M.K. Frost (as authorized)

PETER M.K. FROST
*Attorneys for Plaintiffs Felice Pace and Wilderness Watch*

KAMALA D. HARRIS
Attorney General of California
ANNADEL A. ALMENDRAS
TRACY L. WINSOR
Supervising Deputy Attorneys General
RUSSELL B. HILDRETH
Deputy Attorney General

/s/ Marc N. Melnick

MARC N. MELNICK
Deputy Attorney General
*Attorneys for Charlton H. Bonham and Stafford Lehr*

PURSUANT TO STIPULATION, **as modified**, and GOOD CAUSE APPEARING, the Court orders as follows:

1. On or before November 4, 2013, Plaintiffs shall file a "Second Amended Complaint (Revised)" which deletes the sentence "Mortality rates from the aerial stocking of fish often approach 50%, as a result of transport, the drop, or because these stocked fish do not feed or survive well after stocking," found in paragraph 10 at lines 4 to 5 of page 4 in the Second Amended Complaint. In all other respects, the Second Amended Complaint (Revised) shall remain the same as the Second Amended Complaint.

2. Plaintiffs' pending Motion for Leave to File a Motion for Reconsideration is GRANTED. The Court VACATES its September 30, 2013, Order Granting Motion to Strike.

3. The Court will consider Defendants' previously filed Motion to Dismiss or Strike Portions of the Second Amended Complaint, and the briefs filed by all parties, as applicable to the Second Amended Complaint (Revised), will treat the motion as if it were a motion to dismiss all of the allegations in the Second Amended Complaint (Revised) under Rule 12(b)(6), and will rule on said motion to dismiss without further briefing or argument of counsel.

4. If any party wishes to be heard regarding the Court's modification of the Stipulation, it should advise Ms. Jean Davis, Courtroom Deputy, on or before the close of business on Friday, November 1, 2013.

IT IS SO ORDERED.

DATED: October 29, 2013

WILLIAM H. ORRICK
U.S. District Judge

OK2011202302
90354879.doc